**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

_____
                                          )
JG TECHNOLOGIES, LLC,                     )
                                          )
                  Plaintiff,              )
                                          )
         v.                               )    No. 20-455C
                                          )
THE UNITED STATES,                        )    Filed: October 14, 2022
                                          )
                  Defendant.              )
_____   )

## ORDER

On October 4, 2022, the parties filed a joint stipulation for entry of final judgment in this matter. Stipulation for the Entry of J., ECF No. 38. In accordance with the parties' stipulation, judgment shall be entered in favor of Plaintiff and against the United States in the amount of $75,000. Each party shall bear its own costs, expenses, and attorney's fees. Accordingly, the Court directs the Clerk to enter judgment as specified.

**SO ORDERED**.

Dated: October 14, 2022                    _____*/s/ Kathryn C. Davis*_____
                                           KATHRYN C. DAVIS
                                           Judge